**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-6015**

—————————

BERNARD RAY RICHARDSON,

Plaintiff - Appellant,

versus

EDDIE L. PEARSON,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-96-993-R)

—————————

Submitted: July 24, 1997          Decided: August 6, 1997

—————————

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Bernard Ray Richardson, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (1994) complaint. The district court's dismissal without prejudice is not appealable. See Domino Sugar Corp. v. Sugar Workers' Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). A dismissal without prejudice could be final if "no amendment [to the complaint] could cure defects in the plaintiff's case." Id. at 1067. In ascertaining whether a dismissal without prejudice is reviewable in this court, the court must determine "whether the plaintiff could save his action by merely amending the complaint." Id. at 1066-67.

Because Appellant could have amended his complaint to assert some claims, the dismissal order is not appealable. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Appellant's motions to submit prior appeals and to submit direct physical evidence. We also deny his motions for an en banc rehearing of the denial of his discovery motion and for an order prohibiting Patricia S. Connor from acting in her capacity as the Clerk of Court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2